UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JERRY MEANS,

        Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, et al.,

        Defendants.

Case No. 09-C-687
09-C-744
09-C-766

**ORDER**

Plaintiff Means has filed motions for reconsideration in the three above-captioned cases. He suggests that the clerk's office has somehow withheld certain "evidence" that was not considered. That is incorrect. All of Plaintiff's filings have been considered by the Court. Accordingly, the motions for reconsideration are **DENIED**.

Dated this  13th  day of October, 2009.

        s/ William C. Griesbach
        William C. Griesbach
        United States District Judge