UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JERRY MEANS,

    Plaintiff,

v.      Case No.    09-C-687, 09-C-815
                                                                       09-C-744, 09-C-766
                                                                       09-C-810, 09-C-831

PROBATION AGENT DCC / DOC, et al.,

    Defendants.

## ORDER

Plaintiff Means has filed a motion seeking to reopen several of his cases on the grounds that he now has a job and wants to work out a payment plan with the Court. Some of these cases were dismissed on their merits, and thus the fact that Plaintiff can now afford a filing fee is of no moment. Other of his cases were dismissed after Means acquired three strikes. If Means wishes to pursue such claims, there is nothing preventing him from filing new cases and paying the entire filing fee upfront. But the Court does not have any authority to allow an inmate to pay filing fees on a "payment plan." Doing so would undermine the entire purpose of the three strikes rule under 28 U.S.C. § 1915(g). Accordingly, the motion is **DENIED**.

    **SO ORDERED** this __2nd__ day of November, 2009.

                                                                   s/ William C. Griesbach
                                                                     William C. Griesbach
                                                                     United States District Judge